UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ABDUL AHMAD
Camp Delta
Washington, D.C. 20355

    Petitioner

v.

GEORGE W. BUSH, President
of the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group - JTF-GTMO

    Respondents

Leave to file without
Prepayment of Cost GRANTED

Civil Action No.

CASE NUMBER 1:05CV01492
JUDGE: Royce C. Lamberth
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 07/28/2005

**PETITION FOR WRIT OF HABEAS CORPUS**

FILED

JUL 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1492

GUAN-2005-T02704

My name is ABDUL AHMAD son of BAZ MOHAMAD district of KAMARD province of BAMIAN, AFGHANISTAN

Beginning of 2003 when the armed forces of United States entered district of KOHMARD, I was told that they wanted me to report to the Capital. I was going to Capital everyday. This day I thought it was like before. The people in charge asked me about the region, condition of people. I explained to them the way I saw the situation. They told me one or two people had formally complained about me. I told them that because of the difficult condition during JAHAD (TN: meaning fighting against Russians) there are personal and political animosities in every corner and village in AFGHANISTAN. I told them these people have personal and tribal animosity towards me and I hope you don't listen to their allegation, and Afghans should solve their own personal and tribal problems themselves. As soon as I said this, they arrested me and put me in prison. I insisted that I don't have animosity towards forces of peace and the government of AFGHANISTAN and I am part of the Government, I have not fought against the forces of peace and there has not been any war against armed forces of the United States in District of KAMARD while I was there. Only Because of few people who had personal and tribal animosity towards me, up to this day I am in prison. Because my detention is illegal, I'm filing a complaint to United States District Court for Colombia at 333 constitution Ave N.W, Washington DC 20001. I hope you pay close attention to release me from prison.

          I wish you success
          Signature.

FILED
JUL 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5 - 24 - 2005

05 1492

اسم من عبدالرحمد ولد یار محمد لوګری کمرد ویه بیان فغانستان !

از شروع سال [9] حینکه قوای وابسته امریکا وارد لوای کمرد شد این احوال دیده که را در مرکز خودمکه من ازینکه هر روز در مرکز بشان می رفتم امروز نیز کارتی بایی رفتم مسؤلیت آنجا بردن من منطقه و رفع و شرایط مردم سؤال کردند پیرسیدن که طوریکه بشم دیدن بود شرح دادم سپس گفتند که یک دو نفر بایدی که عرض کرده من در مجودیت گفتم که شرایط ککوار درآنجا حضرت یائی یک منطقی خطرناک وقبه نفوذ طالبان وجود دارد - بهیا پس درکی نفت و قومی جداده میبه و من مخت یا یک کولش می عند - هجرت نسابی نمنی و گروهی یخود و ... شود - بعد از هم این سخن از افستدند جاسسی کرودند دیرستان د و هرروز کردم که من دکینی و قوای ملت وقت نسان نه هنیں و هز دلت جم - یا قوای یح هتکک هدکری و هیچ هتکی عهد قوای یکت امریکا درلوا یکرد تار ناینکه من بودام جهود نکرفته هرفت یکفته هیده غرم یا یس دکنی هنی مورقی ورشته تا امروز هجول جم چون گرفتاری ام غیر قانونی بوده و بناء علیه خود را باید رها کنم :

- United stats District court for the District of columbia
333 Contitution Avenue . N.W.
Washington D.C. 20001

تقدیم بپاع - امیدورم اینکه نعندی ام ازاینه توجه ترم خواهند نود پروان باشد