IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                                        |     |                              |
| ------------------------------------------------------ | --- | ---------------------------- |
|                                                        | )   |                              |
| ABDUL AHMAD,                                           | )   |                              |
|                                                        | )   |                              |
|                                                        | )   |                              |
| Petitioner,                                            | )   |                              |
|                                                        | )   |                              |
| v.                                                     | )   | Civil Action No. 05-1492 (RCL) |
|                                                        | )   |                              |
| GEORGE W. BUSH,                                        | )   |                              |
| President of the United States,                        | )   |                              |
| *et al.,*                                              | )   |                              |
|                                                        | )   |                              |
| Respondents.                                           | )   |                              |
|                                                        | )   |                              |

**NOTICE OF TRANSFER OF PETITIONER**

Respondents hereby provide notice that the United States has relinquished custody of

petitioner Abdul Ahmad (ISN 956) and transferred him to the control of the Government of

Afghanistan.

Dated: October 5, 2007                    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM

JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents