UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABDUL AHMAD,** | ) | |
| Petitioner, | ) | |
|  | ) | Civil Action No. 05-1492 (RCL) |
| v. | ) | |
| **GEORGE W. BUSH,** | ) | |
| President of the United States, *et al.*, | ) | |
| Respondents. | ) | |

## ORDER

In light of the notice [22] of transfer of petitioner from custody of the United States to the control of the government of Afghanistan, this case is hereby dismissed, as moot, and all outstanding motions [9, 10, 20] are denied as moot.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 10, 2007.